ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| L-3 Communications Corporation ) | ASBCA No. 59831 |
| ) | |
| Under Contract No. W91CRB-11-C-0134 ) | |

APPEARANCES FOR THE APPELLANT:    Karen L. Manos, Esq.
                                  Melissa L. Farrar, Esq.
                                    Gibson, Dunn & Crutcher, LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                    DCMA Chief Trial Attorney
                                  Lawrence S. Rabyne, Esq.
                                    Trial Attorney
                                    Defense Contract Management Agency
                                    Arlington Heights, IL

OPINION BY ADMINISTRATIVE JUDGE STEMPLER

The parties have settled their dispute and requested that the Board enter judgement in favor of appellant.

Accordingly, it is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,763,749. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 8 October 2014 until date of payment.

Dated: 24 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

I concur

PETER D. TING
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59831, Appeal of L-3 Communications Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2